■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BROOKS, Also Known as BARRY BROOKS, Appellant.— No opinion. Concur—Murphy, P. J., Carro, Asch, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALDAMA A. JEFFREYS, Appellant No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANCY FRAZIER, Appellant No opinion. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.